UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.       – Civ

FILED by __PG__ D.C.

AUG 12 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

GILBERT GRIFFIN,

   Plaintiff

vs.

RANDSTAD US LP,

   Defendant.


GILBERT GRIFFIN,

   Plaintiff

vs.

BANK OF AMERICA,

   Defendant.

## COMPLAINT

I, Gilbert Griffin, Plaintiff, in the above styled cause, sue defendants(s): Randstad US LP and Bank of America.

This action is filed under Employment section 442 and Fair Labor Standards Act section 710 for a violation of **Title VII of the Civil Rights Act of 1964 section [703]** which prohibits retaliation and makes it illegal to discriminate against someone on the basis of race, color, national origin, sex or religion the law also makes it illegal to retaliate against a person because he or she complained about discrimination filed a eeo complaint or participated in a eeo complaint process among other things the law provides monetary and punitive damages in the case of intentional employment discrimination.

**Equal Pay Act** – this law makes it illegal to pay different wages to men and women if they perform equal work in the same workplace; the law also makes it illegal to retaliate against a person because he or she complained about discrimination filed a eeo complaint or participated in a eeo process.

1. Randstad owes me a paycheck for retaliation. Randstad should have hired me to work for a different company.

2. Bank of America owes me a paycheck for retaliation. Bank of America should have hired me to work in a different department.

Both companies discriminated against me for full-time jobs I am qualified for and caused me to lose $200,000.00 (Two-hundred thousand dollars) in wages and income I would have earned for 3 years working full-time at Randstad, Bank of America or a different company. Nevertheless Randstad and Bank of America did not pay me for 3 years. I don't plan on retiring until I'm 65 years old which will be after the 31st of July 2042. Plaintiff: Gilbert Griffin in the above styled cause demands: $2,640,000.00

### Retaliation

All of the laws we enforce make it illegal to fire, demote, harass, or otherwise "retaliate" against people (applicants or employees) because they filed a charge of discrimination, because they complained to their employer or other covered entity about discrimination on the job, or because they participated in an employment discrimination proceeding (such as an investigation or lawsuit).

For example, it is illegal for an employer to refuse to promote an employee because she filed a charge of discrimination with the EEOC, even if EEOC later determined no discrimination occurred.

### Retaliation & Work Situations

The law forbids retaliation when it comes to any aspect of employment, including hiring, firing, pay, job assignments, promotions, layoff, training, fringe benefits, and any other term or condition of employment.

August 5, 2014                                                                 Respectfully Submitted,

                                                                                            *[signature]*

                                                                                            Gilbert Griffin, Pro se

P.O. Box 42896

Charlotte, NC 28215

Cellular: (954) 479 – 1331

### Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by U.S. Postage Mail on August 5, 2014 on all counsel or parties of record on the Service List below.

_[signature]_
Signature of Filer

### SERVICE LIST

Clerk of Court
400 North Miami Avenue
Miami, Florida 33128
Telephone: (305) 523 – 5100
www.flsd.uscourts.gov

Bank of America
Audrey Dupont, Esquire
Maynard, Cooper & Gale
Bank of America
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203

Randstad
Richard Gerakitis, Esq.
Georgia State Bar No. 291389
richard.gerakitis@troutmansanders.com

Jana L. Korhonen, Esq.
Georgia State Bar No. 100125
jana.korhonen@troutmansanders.com
TROUTMAN SANDERS LLP
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3106 (phone)
(404) 962-6804 (facsimile)

EEOC Form 161 (11/09)    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gilbert Griffin<br>Po Box 670432<br>Coral Springs, FL 33067 | From: | Miami District Office<br>2 South Biscayne Blvd<br>Suite 2700<br>Miami, FL 33131 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No |
|---|---|---|
| 510-2012-00673 | Latasha Nelson,<br>Investigator | (305) 808-1751 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

MALCOLM S. MEDLEY,
District Director

6 8 12
(Date Mailed)

cc:

Karen Bahr, Esquire
Vice President, Advice & Counsel Case Manager
BANK OF AMERICA
Woodinville Banking Center
14003 NE Woodinville-Duvall Road
Woodinville, WA 98072

Randstad Staffing Agency
c/o Toni J. Reed, Esquire
Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street NE, Suite 2900
Atlanta, GA 30309

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



Gilbert Griffin
P.O. Box 42896
Charlotte, NC 28215

FIRST CLASS FLAT RATE

USMS INSPECTED

Clerk of Court
400 North Miami Avenue
Miami, FL. 33128