UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE No. 14-22960 – CIV – LENARD/GOODMAN



FILED by_____ D.C.

SEP 29 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

GILBERT GRIFFIN,

   Plaintiff

vs.

RANDSTAD US LP,

   Defendant.


GILBERT GRIFFIN,

   Plaintiff

vs.

BANK OF AMERICA,

   Defendant.

## MOTION FOR A SETTLEMENT

This motion is being filed by Plaintiff, Gilbert Griffin in the above case style for a three (3) year calculation for back-pay for the fair labor standards act from the time my employment was terminated on July 31, 2011 – September 22, 2014.

Randstad and Bank of America payroll department provided me with a confirmation number [2-616581481] and [1047731] for a three (3) year paycheck for retribution due to the fact Randstad and Bank of America paid four (4) different attorney's to pay me however Toni Read and Karen Bahr for Lewis Brisbois & Smith Law Firm resigned instead of paying me like they were supposed to on March 3, 2012 and Audrey Dupont resigned from Maynard & Cooper Law Firm and Jana Korhonen resigned from Troutman Sanders Law Firm instead of paying me like they were supposed to October 3, 2013, therefore I had to notify Randstad and Bank of America Corporate Office to get my money their companies owe me for a 3 year back-pay violation for retaliation.

Randstad is in the process of wiring a deposit to my Scottrade Bank Account and Bank of America is in the process of offering me a full-time job in Retail Management due to losing three (3) years of valuable work experience I would have gained working at Bank of America if Randstad Human Resources Manager Robin Johnson and Bank of America Manager Carlos Rodas would not have terminated my employment without a explanation just informing me my full-time job at Bank of America was terminated as of July 31, 2011 and I am eligible for rehire.

### Retaliation

All of the laws we enforce make it illegal to fire, demote, harass, or otherwise "retaliate" against people (applicants or employees) because they filed a charge of discrimination, because they complained to their employer or other covered entity about discrimination on the job, or because they participated in an employment discrimination proceeding (such as

an investigation or lawsuit). For example, it is illegal for an employer to refuse to promote an employee because she filed a charge of discrimination with the EEOC, even if the EEOC later determined no discrimination occurred.

### Retaliation & Work Situations

The law forbids retaliation when it comes to any aspect of employment, including hiring, firing, pay, job assignments, promotions, layoff, training, fringe benefits, and any other term or condition of employment.

September 22, 2014                                         Respectfully Submitted,

*[signature]*

Gilbert Griffin, Pro se

P.O. Box 42896

Charlotte, NC 28215

Cellular: (704) 488 – 5719

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by U.S. Postage Mail on September 22, 2014 on all parties of record on the Service List below.

Signature of Filer

## SERVICE LIST

Clerk of Court
400 North Miami Avenue
8th Floor
Miami, Florida 33128
Telephone: (305) 523 – 5100
www.flsd.uscourts.gov

Judge Jonathan Goodman
99 N.E. 4th Street
Room 1168
Miami, Florida 33132
Phone: (305) 523 – 5720

Randstad Corporate Office
Payroll Department
2015 South Park Place S.E.
Atlanta, Georgia 30339
Phone: (770) 937 – 7000
www.randstad.com

Bank of America Corporate Office
Payroll Department
100 North Tryon Street
Charlotte, North Carolina 28202
Phone: 1-800556-6044
Fax: (847) 554 – 1004
www.bankofamerica.com