UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **GILBERT GRIFFIN,** | ) | **JUDGE JOAN A. LENARD** |
| | | CV |
| **Plaintiff** | ) | **CASE No.: 14-22960** |
| | ) | |
| **v.** | ) | FILED by /MM/ D.C. |
| | ) | AUG 2 4 2016 |
| **RANDSTAD AND BANK OF AMERICA,** | ) | STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S. D. of FLA. – MIAMI |
| **Defendants.** | ) | |

**MOTION FOR AN EMERGENCY FOR BACKPAY CALCULATIONS TO FINE RANDSTAD AND ORDER BANK OF AMERICA TO HIRE ME FOR A MORTGAGE UNDERWRITER POSITION WITH SENIORITY**

**RANDSTAD,        CASE NO. 14-22960**

**BANK OF AMERICA, CASE NO. 14-22960**

### Bank of America Employee Gilbert Griffin's Work Schedule

Monday – Friday 3pm – 12am, Rotating Saturdays 10am – 6pm

*Overtime included in regular work schedule.

### Timekeeper Summary, July 31, 2011 – July 31, 2016

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gilbert Griffin | 10,400 | $16 | $166,400.00 |
| Gilbert Griffin | 1,300 | $24 | $31,200.00 |

**Back-Pay Total Estimate: $197,600.00**

Calculations are based on a 52 week pay schedule with a weekly pay frequency.

Regular pay based on 40 hours a week over a 5 year period without calculating payraises and bonuses for retribution.

Overtime pay based on 10 hours every other week over a 5 year period without calculating payraises and bonuses for retribution.

Interested Parties involved in this case are Bank of America, Ceo, Brian T. Moynihan and Randstad, Ceo, Ben Noteboom. The nature of this lawsuit has caused me to default on debts that I have included in previous filings with the U.S. District Court Southern District of Florida, sustain a gap in my employment without a explanation although I am a qualified black male with higher education who has never been convicted of a crime; lose wages & income that I would have earned had I not been wrongfully terminated and opportunities for promotions with the Bank of America where I would have been placed in company trainings.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy has been hand-delivered to the Honorable Judge Joan A. Lenard on this 24th day of August 2016

Judge Joan A. Lenard
U.S. District Court Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128
Phone: (305) 523-5500

Brian T. Moynihan, CEO
Bank of America
100 N. Tryon Street
Charlotte, NC 28202
Phone: (980) 335-3561

Ben Noteboom, CEO
Randstad
2015 South Park PL SE
Atlanta, GA 30339
Phone: (770) 937-7000

_____

Gilbert Griffin
P.O. Box 8132
Fort Lauderdale, FL. 33310
Phone: (704) 287-4420
Email: gil_g@aol.com

## RE: Assignment Extension

From: **G Griffin** (ne_wp_w@hotmail.com)
Sent: Tue 2/15/11 12:20 PM
To: robin.johnson@us.randstad.com

I accept the assignment.

---

From: robin.johnson@us.Randstad.com
To: ne_wp_w@hotmail.com
Date: Tue, 15 Feb 2011 11:14:19 -0500
Subject: Assignment Extension

Hi Gilbert --

Per my voicemail, Bank of America would like to extend your assignment through June 19, 2011. Please let me know if this works for you and you would like to accept the assignment.

Thanks,
Robin


Robin Johnson
MDC Manager

**Randstad**
9734 Deer Lake Court
Suite 6
Jacksonville, FL 32246
P 904.620.8616
P 888.237.4152
F 904.996.9183
robin.johnson@us.randstad.com
www.randstadstaffing.com


# ⁊r randstad



📄 Please consider the environment before printing this email

The email message is for the use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

```
AGENCY FOR WORKFORCE INNOVATION          ID#: 2011205 01 20120730
UNEMPLOYMENT COMPENSATION PROGRAM        SOCIAL SECURITY NO: 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
CLAIMS AND BENEFITS                      CLAIM FILED EFFECTIVE: 07/31/11
                                         CLAIM OFFICE NO: 3675
                                             ISSUE CODE: 1 01 005000
                                             DATE MAILED: 08/26/11
                                             ADJ NAME: T A PHILLIPS
```

## SECTION I. NOTICE OF DETERMINATION

THE CLAIMANT WAS DISCHARGED. NO INFORMATION WAS SUBMITTED WHICH SUBSTANTIATES WILLFUL MISCONDUCT.

## SECTION II. DETERMINATION

In accordance with Section 443, Florida Statutes:
Benefits are payable because:
THE DISCHARGE WAS FOR REASON OTHER THAN MISCONDUCT CONNECTED WITH THE WORK.

ANY BENEFITS RECEIVED FOR WHICH YOU WERE NOT ENTITLED ARE OVERPAYMENTS AND SUBJECT TO RECOVERY.

## SECTION III. EMPLOYER CHARGEABILITY

CHARGEABILITY WILL BE ADDRESSED UPON RECEIPT OF A WRITTEN RESPONSE.

## SECTION IV. APPEAL RIGHTS

Español: Vea el dorso del documento                    Kreyol: Gade deye pag la

THIS DETERMINATION WILL BE FINAL UNLESS AN APPEAL IS FILED WITHIN 20 CALENDAR DAYS AFTER THE MAILING DATE SHOWN ABOVE. IF THE 20TH DAY IS A SATURDAY, SUNDAY OR STATE HOLIDAY, AN APPEAL MAY BE FILED ON THE NEXT BUSINESS DAY. FILE AN APPEAL ON-LINE AT WWW.FLUIDNOW.COM/APPEALS OR MAIL TO UC APPEALS; MSC 347 CALDWELL BUILDING; 107 EAST MADISON STREET; TALLAHASSEE, FL 32399-4143; OR FAX TO (850) 921-3524. INCLUDE THE CLAIMANT'S NAME AND SOCIAL SECURITY NUMBER. IF FILED ON-LINE, THE CONFIRMATION DATE IS THE FILING DATE. IF MAILED, THE POSTMARK DATE IS THE FILING DATE. IF FAXED, THE DATE STAMPED RECEIVED IS THE FILING DATE. CALL (800) 204-2418 WITH ANY QUESTIONS ABOUT THIS CLAIM OR FILING AN APPEAL.

IF UNEMPLOYED, YOU MUST CONTINUE REPORTING ON YOUR CLAIM UNTIL ALL REDETERMINATIONS/APPEALS ARE RESOLVED.

```
         CLAIMANT / AGENT ADDRESS              EMPLOYER / AGENT ADDRESS

GILBERT        GRIFFIN                    RANDSTAD US LP
3539 W ATLANTIC BLVD APT 803              TALX UCM SERVICES INC
POMPANO BEACH           FL 33069          PO BOX 283
                                          SAINT LOUIS          MO 63166-0283
```

AWI FORM UCB-45 (REV 07/2010)                                          0001656



STATE OF FLORIDA )
COUNTY OF BROWARD )
I hereby certify this document, consisting of
1 pages, to be a true and correct copy o
the document on file with the Broward County
Sheriff's Office.
WITNESS my hand and seal this
_____ day of _____, _____

BY: _____
RECORDS DIVISION

# KEN JENNE
## SHERIFF
## BROWARD COUNTY
## P.O. BOX 9507
## FORT LAUDERDALE, FLORIDA 33310

Date: September 6, 2007

Subject: Gilbert Griffin

Race: B          Sex: M          DOB: 07/23/1977

Based on the above information, a check of the Broward Sheriff's Office Records was completed. The records of this agency reflect the following:

**NO ARREST RECORD**  ☒

**ARREST RECORD ATTACHED:**  ☐

**INCIDENT REPORT SEARCH:**  ☒ No Record     ☐ Record Attached

*Please note that due to the limitations of our computerized database, the Broward Sheriff's Office cannot guarantee whether or not additional records may exist.*

To obtain a **statewide background check**, contact the Florida Department of Law Enforcement at:
Internet: http://www.fdle.state.fl.us/criminalhistory or
FDLE - User Services Bureau/Public Records
P.O. Box 1489
Tallahassee, FL 32302
Phone: (850) 410-8109.   410 8880

To obtain **Clerk of the Court records** on dispositions and court information, please contact the Clerk of Court directly at one of the following locations:
Internet: http://www.clerk-17th-flcourts.org/bccoc2/pubsearch/public_search.asp
**Central Courthouse** – 201 S.E. 6th Street, Fort Lauderdale, FL 33301
**North Satellite Courthouse** – 1600 W. Hillsboro Blvd., Deerfield Beach, FL 33442
**South Satellite Courthouse** – 3550 Hollywood Blvd., Hollywood, FL 33021
**West Satellite Courthouse** – 100 N. Pine Island Road, Plantation, FL 33317

**CHECK COMPLETED BY:** _____     **CCN:** 10143 *
*Check not valid without signature and CCN.



TYPE OR PRINT IN BLACK INK.

| STATE OF NORTH CAROLINA | |
|---|---|
| _____Mecklenburg_____ County | In The General Court Of Justice<br>Before The Clerk |
| **IN THE MATTER OF:**<br>Name(s) By Which Individual To Be Searched May Be Known<br>Griffin, Gilbert, J. III | **CRIMINAL RECORD SEARCH**<br>G.S. 7A-109, -308(a)(17), -343(3) |
| DOB 07/23/1977 | ☐ For DMV Hearing |

**REQUEST FOR CERTIFIED CRIMINAL RECORD SEARCH**

I request that the Clerk of Superior Court conduct a search of the official records of the criminal cases in the courts of the county named above and certify the results of that search for the name(s) listed above. In making this request I understand and acknowledge that:

1. THE CLERK WILL SEARCH THE COURT RECORDS FOR ONLY THE COUNTY NAMED ABOVE. THIS IS NOT A STATEWIDE RECORD SEARCH.
2. Court records are indexed by name only and not by any other identifying characteristics.
3. The name(s) listed above are all the names by which, to my knowledge, the individual for whom I am requesting this search may be known.
4. The Clerk will search for records under all those names, but only for records under those names.
5. The fact that no criminal record is found under any of those names does not mean that the individual does not have a record in this county; the individual may have a record under another name.
6. The fact that a criminal record is found under one or more of those names does not mean that the record is a record for the individual for whom I am requesting this search; the record may be that of another individual with the same or a similar name.
7. I am solely responsible for any interpretation and use I make of the results of this search and I understand the Clerk is not responsible for my interpretation or use of the results.

| Name And Address Of Requestor (Including City, State And Zip Code) | Signature Of Requestor |
|---|---|
| | |

**CERTIFICATION**

This is to certify that I have searched the indices to criminal actions in this office from _____1984_____ to the present and

☒ I have found that no record was indexed by the name(s) given above.

☐ I have found the following excerpt(s) from the public records indexed by the name(s) given above as appears in the attached _____ page(s).

☐ This search is limited as follows: _____

Some automated system information code definitions are included on the back of this form to help you understand the record(s) that may be attached to this form.

| | Date Of Search<br>05/19/2014 |
|---|---|
| *Not Valid Without The*<br>*Clerk Of Superior Court's Raised Seal*<br>*On Each Page* | Signature *Charlene Wilson*<br>☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court |

**NOTE:** "Any person who without lawful authority intentionally ... alters or changes any ... official case record is guilty of a Class H felony." G.S. 14-221.2.

(Over)

AOC-CR-314, Rev. 3/07
© 2007 Administrative Office of the Courts



# STATE OF NORTH CAROLINA DMV

DRIVER LICENSE 36788518

GILBERT JOSEPH GRIFFIN III
8520 UNIVERSITY EXEC PARK
CHARLOTTE NC 28262-3365

class: C  endors: None  restr: 1
issued: 05-06-2014  expires: 07-23-2022
sex: M  ht: 6-00  eyes: BRO  hair: BLK  race: B

birthdate:
07-23-1977

# randstad
## work solutions

Randstad North America, L.P.
2015 South Park Place
Atlanta, Ga 30339

**company**

| | |
|---|---|
| Pay Group: | RUS WBA Weekly |
| Pay Begin Date: | 01/03/2011 |
| Pay End Date: | 01/09/2011 |

| | |
|---|---|
| Business Unit: | RUSBU |
| Check No. | 13305053 |
| Check Date: | 01/12/2011 |

### employee

Gilbert Griffin
3508 N.W. 23rd Street
Lauderdale Lakes, FL 33311

| | |
|---|---|
| Employee ID: | 00003898436 |
| Department: | 18146 - Jacksonville MDC |
| Location: | 0000002247-jacksonville MDC |

### withholding

| | Federal | FL State |
|---|---|---|
| Tax Data: | | |
| Marital Status: | Single | Single |
| Allowances: | | 0 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

### hours & earnings

| Description | Rate | Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 16.00 | 40.00 | 640.00 | 80.00 | 1,280.00 |
| Overtime Earnings | 24.00 | 4.00 | 96.00 | 4.00 | 96.00 |
| **Total:** | | 44.00 | 736.00 | 84.00 | 1,376.00 |

### taxes

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 99.38 | 181.15 |
| Fed MED/EE | 10.67 | 19.95 |
| Fed OASDI/EE | 30.91 | 57.79 |
| **Total:** | 140.96 | 258.89 |

### before-tax deductions

| Description | Current | YTD |
|---|---|---|
| Total: | | |

### after-tax deductions

| Description | Current | YTD |
|---|---|---|
| Total: | | |

### employer paid benefits

| Description | Current | YTD |
|---|---|---|
| * Taxable | | |
| Total: | | |

| | total gross | fed taxable gross | total taxes | total deductions | net pay |
|---|---|---|---|---|---|
| Current | 736.00 | 736.00 | 140.96 | | 595.04 |
| YTD | 1,376.00 | 1,376.00 | 258.89 | | 1,117.11 |

### net pay distribution

| Payment Type | Payment Number | Account Type | Account Number | Amount |
|---|---|---|---|---|
| Direct Deposit | 13305053 | Checking | 0000815697602 | 595.04 |

### Customer Detail

| Customer ID | Customer Name | Address Line 1 | Address Line 2 | City | State | Postal Code | Telephone |
|---|---|---|---|---|---|---|---|
| 2000623984 | BAC_FL_FG_Adecco | 6360 NW 5th Way | | Fort Lauderdale | FL | 33315 | |

https://www.selfservice.us.randstad.com/psc/HRPROD/SELFSERVICE/HRMS/c/ROLE_...  1/13/2011



EEOC Form 161 (11/09)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gilbert Griffin<br>Po Box 670432<br>Coral Springs, FL 33067 | From: | Miami District Office<br>2 South Biscayne Blvd<br>Suite 2700<br>Miami, FL 33131 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No |
|---|---|---|
| 510-2012-00673 | Latasha Nelson,<br>Investigator | (305) 808-1751 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (*briefly state*)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)     *[signature]*     6-7-12
            MALCOLM S. MEDLEY,     *(Date Mailed)*
            District Director

cc:
| Karen Bahr, Esquire<br>Vice President, Advice & Counsel Case Manager<br>BANK OF AMERICA<br>Woodinville Banking Center<br>14003 NE Woodinville-Duvall Road<br>Woodinville, WA 98072 | Randstad Staffing Agency<br>c/o Toni J. Reed, Esquire<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>1180 Peachtree Street NE, Suite 2900<br>Atlanta, GA 30309 |
|---|---|

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within 90 days</u> of the date you *receive* this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than <u>2 years (3 years)</u> before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request <u>within 6 months</u> of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

Case 0:12-cv-61715-RSR Document 1-1 Entered on FLSD Docket 08/31/2012 Page 1 of 1

# CIVIL COVER SHEET

JS 44 (Rev. 1/08)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

FILED by PRG D.C.
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI
AUG 28 2012

**I. (a) PLAINTIFFS**
GILBERT JOSEPH GRIFFIN

**(b)** County of Residence of First Listed Plaintiff: **BROWARD**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
N/A

**DEFENDANTS**
BANK OF AMERICA / RANDSTAD

County of Residence of First Listed Defendant: **BROWARD**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys (If Known)
KAREN BAHR, ESQUIRE & TONI REED, ESQUIRE

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☒ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
☒ 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
Citizen of This State — U.S. citizen

**IV. NATURE OF SUIT**

**V. ORIGIN**
☒ 1 Original Proceeding

**VI. RELATED/RE-FILED CASE(S)**

**VII. CAUSE OF ACTION**: 760.10 - WRONGFUL TERMINATION
LENGTH OF TRIAL via 1 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT**: DEMAND $ Reinstatement & BackPay
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
DATE: August 28, 2012

# BofA fined $2.2M in racial discrimination case

Dexry London, WLTX-TV, Columbia, S.C. 7:31 p.m. EDT September 23, 2013

*The bank must pay back wages and interest to 1,147 black job applicants for race-based hiring discrimination.*



*(Photo: Chuck Burton, AP)*

COLUMBIA, S.C. -- Bank of America has been ordered to pay nearly $2.2 million in restitution (/news/article/250503/2/Bank-Of-America-Fined-22-M-For-Racial-Discrimination) for discriminating against more than 1,100 black job seekers.

Judge Linda S. Chapman of the U.S. Department of Labor (http://www.dol.gov/) has ordered the bank to pay 1,147 African American job applicants $2,181,593 in back wages and interest, for race-based hiring discrimination at the company's Charlotte, N.C., facility.

The Department of Labor's ruling awards $964,033 to 1,034 applicants who were rejected for jobs in 1993, and awards $1,217,560 to 113 applicants rejected between 2002 and 2005.

STORY: Bank of America accused of misleading investors (/story/money/business/2013/08/06/ubs-fined/2623827/)

STORY: Bank of America to pay $39M in gender bias settlement (/story/money/business/2013/09/07/bank-of-america-gender-bias/2779193/)

The ruling also orders Bank of America to extend job offers, with appropriate seniority of position, to 10 individuals included in the class action, as those positions become available.

The judge determined that the bank had applied unfair and inconsistent selection criteria in the hiring process, which resulted in the rejection of qualified black applicants for teller and entry-level clerical and administrative positions in the company.

"Judge Chapman's decision upholds the legal principle of making victims of discrimination whole, and these workers deserve to get the full measure of what is owed to them," said Patricia A. Shiu, director of the Department of Labor's Office of Federal Contract Compliance Programs.

The Office of Federal Contract Compliance Programs (http://www.dol.gov/ofccp/) initiated routine compliance reviews in November 1993.

Those reviews revealed systemic hiring discrimination affecting black job seekers in the Charlotte location, and following efforts of conciliation that went nowhere, the Solicitor of Labor filed an administrative complaint against the company in 1997.

STORY: BofA settles with Fannie Mae for $10 billion (/story/money/business/2013/01/07/bank-of-america-fannie-mae-mortgage-claims/1813335/)

The filing stated that Bank of America had violated an executive order, which prohibits federal contractors from discriminating in employment practices on the basis of race.

Bank of America, as a federally-insured financial institution that provides a variety of services and products, is a federal contractor and falls under the purview of the Office of Federal Contract Compliance Programs.

The Department of Labor alleges that Bank of America repeatedly challenged the contract compliance programs' authority.

"Our investigators and attorneys prevailed despite decades of stalling tactics," said Solicitor of Labor M. Patricia Smith.

Read or Share this story: http://usat.ly/1ajiFKV

**Subject:** Gilbert Griffin v. BOA/Randstad Staffing DOAH
**From:** Audrey Dupont (ADupont@maynardcooper.com)
**To:** ggriffin33@att.net;
**Cc:** Jana.Korhonen@troutmansanders.com;
**Date:** Thursday, October 3, 2013 2:42 PM

## CONFIDENTIAL SETTLEMENT DISCUSSIONS

Dear Mr. Griffin,

We are writing to follow-up on the voicemail that we left you yesterday. As we stated in the voicemail, the parties are required to discuss the possibility of settlement. Our clients have approved the making of a joint settlement offer for your review and consideration. This offer is not an admission of any wrongdoing or liability by any party, but is instead a good faith proposal of the terms upon which the parties may decide to agree to fully and finally resolve their disputes in exchange for payment of settlement funds.

We would like to schedule a call with you to further discuss the terms of a potential settlement. Please contact us to arrange for a time to discuss this matter.

We look forward to hearing from you.

Thanks,

Audrey Dupont

(Attorney for Bank of America, N.A.)



http://us-mg205.mail.yahoo.com/neo/launch?.partner=sbc&.rand=7j9i3p38a672v        12/16/2013

**Audrey Y. Dupont**

1901 Sixth Avenue North

2400 Regions/Harbert Plaza

Birmingham, AL 35203

Direct: 205.254.1176

Fax: 205.254.1999

www.maynardcooper.com

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

IRS Circular 230 Disclosure - To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-22960-CIV-LENARD/GOODMAN

GILBERT GRIFFIN,

    Plaintiff,

vs.

RANDSTAD US LP, and BANK OF AMERICA,

    Defendants.
_____/

## NOTICE OF COURT PROCEDURE IN ACTIONS BROUGHT UNDER THE FAIR LABOR STANDARDS ACT AND REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. The Complaint in this action is filed under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., ("FLSA"). In order to assist the Court in the management of this case, and in an effort to foster early and cost-effective resolution, the Parties are hereby **ORDERED** to comply with the following procedures:

    1.    Under Rule 8 of the Federal Rules of Civil Procedure, a plaintiff is required to state a "short and plain statement of the claim." While this Rule places only a light burden on a plaintiff, it does require that a plaintiff "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." Swierkiewicz v. Sorema, N.A., 534 U.S. 506, 512 (2002) (citing Conley v. Gibson, 355 U.S. 41, 47 (1957)). A Complaint filed under the FLSA shall include, at a minimum, a statement setting forth the following with respect to each Plaintiff(s):

        a.    An initial estimate of the total amount of alleged unpaid wages;

        b.    A preliminary calculation of such wages;

        c.    The approximate period during which the alleged violations occurred; and

Case No. 14-22960-CIV-LENARD/GOODMAN

      d.      The nature of the wages (e.g. overtime or straight time).

Plaintiff is directed to file a "Statement of Claim" and/or file an Amended Complaint that conforms with these requirements within **twenty (20) days** from the date of this Order. Plaintiff shall promptly serve a copy of this Notice of Court Procedure, the Statement of Claim, and copies of all supporting documents (including time sheets, pay stubs, etc.) upon Defendant's counsel once an appearance has been made or at the time the Statement of Claim is filed (if defense counsel has already appeared);

      2.      Defendant shall then file a "Response to Plaintiff's Statement of Claim" setting forth in detail its defenses to Plaintiff's claim(s) and serve copies of all supporting documents within **twenty (20) days** of being served with Plaintiff's Statement of Claim;

      3.      This matter is **REFERRED** for purposes of a settlement conference before Magistrate Judge Jonathan Goodman, to occur within **twenty (20) days** of Defendant filing its Response to Plaintiff's Statement of Claim. Counsel shall confer and contact Magistrate Judge Goodman's Chambers prior to the due date for Defendant's Response to Plaintiff's Statement of Claim in order to schedule the settlement conference. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. Appearance shall be in person; telephonic appearance is prohibited absent Court Order. No less than 3 days before the scheduled settlement conference, each party shall submit a confidential settlement conference statement to Magistrate Judge Goodman's e-file inbox: goodman@flsd.uscourts.gov. Each party's confidential settlement conference statement shall consist of a short summary of the procedural posture of the case and description of the specific claims still at issue, including each party's evidentiary support and

-2-

Case No. 14-22960-CIV-LENARD/GOODMAN

defenses. The confidential settlement conference statement shall be more than a mere summary of the complaint or the affirmative defenses, it should advise Magistrate Judge Goodman of the party's position on the strengths and weaknesses of that party's own case and the weaknesses of the opponent's position. This statement shall be confidential and will be read only by Magistrate Judge Goodman and his law clerk working on the file. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **seven (7) days** of the conference;

4. In the event the settlement conference is unsuccessful, all parties are required to participate in subsequent mediation, which shall take place within two (2) weeks after the date on which all fact discovery is to be completed;

5. In the event that similarly-situated individual(s) wish to become party plaintiff(s) after the filing of the original Complaint, such individual(s) shall file their consent to do so in writing, see 29 U.S.C. § 216(b), together with an affidavit(s) stating the following:

    a. Why the affiant believes (s)he is similarly situated to the original named plaintiff(s);

    b. An initial estimate of the total amount of his/her alleged unpaid wages;

    c. A preliminary calculation of such wages;

    d The approximate period during which the alleged violations occurred;

    e. The nature of the wages (e.g. overtime or straight time); and

    f. If the affiant has personal knowledge of other similarly-situated individual(s) apart from the original named plaintiff(s), the affidavit shall

-3-

Case No. 14-22960-CIV-LENARD/GOODMAN

contain the name of such similarly-situated individual(s), and shall also state why the affiant believes such individual(s) are similarly situated.

6.   **Counsel for Plaintiff(s) shall follow the procedure outlined above and SHALL NOT file motion(s) to amend the Complaint to include additional opt-in plaintiff(s) or circumvent the above procedure by the filing of separate, related cases against the same Defendant(s). Further, counsel for Plaintiff(s) shall adhere to the deadline for filing all opt-in consents and affidavits as determined by the parties in the Joint Scheduling Report;**

7.   Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to, the dismissal of this action or entry of default.

**DONE AND ORDERED** in Chambers at Miami, Florida this 14th day of August, 2014.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**